David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net



Attorney for Defendant, **FERNANDO QUINTERO**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1: 11-CR-00412 LJO |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Date: October 23, 2012 |
| FERNANDO QUINTERO, ) | Time: 11:00 A.M. |
| ) | Dept: Hon. Oberto |
| Defendant. ) | |

IT IS HEREBY ORDERED that defendant FERNANDO QUINTERO (booking number 1144453) be released from Fresno County Jail, Wednesday, October 24, 2012, at 6:00 a.m.

The defendant is placed in the third party custody of Veronica Quintero Csiszar and Andres Quintero.

The defendant shall immediately report to Pretrial Services to be placed on GPS monitoring.

1

2

3

4   The defendant shall travel directly to Whitehurst-McNamara

5   Funeral Home, 100 West Bush Street, Hanford, California, for

final viewing, to conclude at 9:20 a.m.

The defendant shall then travel directly to Immaculate Heart

of Mary Catholic Church, 10355 Hanford-Armona Road, Hanford,

California, for the funeral mass to commence at 10 a.m.

Following conclusion of the funeral mass, the defendant shall

travel directly to Calvary Cemetery, 11680 South 10ᵗʰ Avenue,

Hanford, California.

The defendant shall report directly to Pretrial Services

immediately following the conclusion of the graveside service and

burial, but no later than 1:30 pm, for removal of his electronic

monitoring equipment.

The defendant shall report back to the Fresno County Jail no

later than 2 pm on October 24, 2012.


**IT IS SO ORDERED.**


DATED: October 23, 2012

_Sheila K. Oberto_

SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

2