# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
OCT 23 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
v. )
FERNANDO QUINTERO )  Case No.  1:11-cr-00412-2 SKO
)
_____ )
  *Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

*TEMPORARY* (handwritten)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)* _____
                                                                                                                *Place*

_____  on  _____
                                                          *Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✓ ) (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

(   ) (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

**\*\*** Defendant to be Temporarily released on Wed. October 24, 2012, at 6:00 am to the 3rd party custody of Veronica Quintero Csiszar + Andres Quintero.

Defendant to report back to Fresno County Jail no later than 2:00 pm on October 24, 2012.

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

QUINTERO, Fernando
Docket No. 11CR412 AWI

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the eommunity, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(X) (7) The defendant is placed in the custody of:

Name of person or organization   Veronica Quintero Csiszar   Andres Perez Quintero

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proeeedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____   _____
         CUSTODIAN OR PROXY         CUSTODIAN OR PROXY

(X) (8) The defendant shall:

(X) (a) The defendant is to be released from Fresno County Jail on October 24, 2012, at 6 am.

(X) (b) The defendant shall immediately report to Pretrial Services supervision to be placed on GPS monitoring.

(X) (c) The defendant shall travel directly to Whitehurst-McNamara Funeral Home, 100 West Bush Street, Hanford, California, for final viewing, to conclude at 9:20 am.

(X) (d) The defendant shall then travel directly to Immaculate Heart of Mary Catholic Church, 10355 Hanford-Armona Road, Hanford, California, for the funeral mass, to commence at 10 am.

(X) (e) Following conclusion of the funeral mass, the defendant shall travel directly to Calvary Cemetery, 11680 South 10th Avenue, Hanford, California.

(X) (f) The defendant shall report directly to Pretrial Services immediately following the conclusion of the graveside service and burial, but no later than 1:30 pm, for removal of his electronic monitoring equipment.

(X) (g) The defendant shall report back to the Fresno County Jail no later than 2 pm on October 24, 2012.

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)

1:11-cr-00412 Fernando Quintero

AO 199C (Rev 09/08) Advice of Penalties... Case 1:11-cr-00412-LJO-SKO   Document 54   Filed 10/23/12   Page 3 of 3   Page 3 of 3 Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTION:

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 USC §3148, and a prosecution for contempt as provided in 18 USC §401 which could result in a possible term of imprisonment and/or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than ninety days or more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 USC §1503 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 USC §1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 USC §1512 makes it a criminal offense punishable by up to ten years in prison and a $250,000 fine to tamper with a witness, victim or informant; and 18 USC §1513 makes it a criminal offense punishable by up to ten years in jail and a $250,00 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 USC §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for;

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not ore than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

## DIRECTIONS TO UNITED STATES MARSHAL

(X) The defendant is ORDERED released after processing.
( ) The United States Marshal is ORDERED to keep the defendant in custody until notified by the Clerk of Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate Judicial Officer at the time and place specified, if still in custody.

DATE: October 23, 2012          _____
                                 Sheila K. Oberto, U.S. Magistrate Judge

COPY:   DEFENDANT          U.S. ATTORNEY          U.S. MARSHAL          PRETRIAL SERVICE