BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant United States Attorneys
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>VICTOR MANUEL TORRES AND<br>FERNANDO QUINTERO,<br><br>              Defendants, | CASE NO.  11-CR-412<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION TO CONTINUE STATUS CONFERENCE
AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

Plaintiff United States of America, by and through its counsel of record above, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on October 29, 2012.

2.     By this stipulation, defendants now move to continue the status conference until December 17, 2012 and to exclude time between October, 29 2012 and December 17, 2012 under Local Code T4 and 18 U.S.C. § 3161.  Plaintiff stipulates to this request.

3.     The parties agree and stipulate, and request that the Court find the following:

    a.     The government has represented that the discovery associated with this case includes

1

investigative reports, lab reports, audio and video files, and wiretap evidence including voluminous translations.  Much of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  The government recently received a new wave of wiretap and related discovery that will be produced by the end of this week.

  b. Counsel for defendant desires additional time consult with his/her client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his/her client, to prepare pretrial motions, and to otherwise prepare for trial.  Furthermore, Counselor Capozzi is set to be in trial on the date the status conference is presently set.

  c. The Parties believe that failure to grant the above-requested continuance would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for further plea negotiations.

  d. The government stipulates to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 29, 2012 to December 17, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

within which a trial must commence.

IT IS SO STIPULATED.

DATED: October 25, 2012.

        /s/ Yasin Mohammad
        YASIN MOHAMMAD
        Assistant United States Attorney

DATED: October 25, 2012.

        /s/ Anthony Capozzi
        ANTHONY CAPOZZI
        Counsel for Defendant Torres

DATED: October 25, 2012.

        /s/ David Balakian
        DAVID BALAKIAN
        Counsel for Defendant Quintero

## ORDER

The parties' request for a continuance of the status conference is DENIED.

IT IS SO ORDERED.

   Dated:  **October 25, 2012**             **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE