AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America

v.

FERNANDO QUINTERO

Date of Original Judgment: 07/29/2013
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Case No: 1:11CR00412-002 LJO

USM No: 67842-097

Hannah Rose Labaree
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   121 Months   months **is reduced to**   120 Months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   07/29/2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/05/2016

/s/ Lawrence J. O'Neill
*Judge's signature*

Effective Date: 11/01/2015

Honorable Lawrence J. O'Neill, District Court Judge