HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, SBN # 282400
Chief Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:11-cr-00412-LJO-SKO-2 |
| *Plaintiff,* | ) **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | ) |
| FERNANDO QUINTERO, | ) |
| *Defendant.* | ) |

Defendant, Fernando Quintero, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel for assistance in seeking early termination of his supervised release.

On July 29, 2013, Mr. Quintero was sentenced to 121 months in custody followed by 60 months of supervised release with conditions. He began serving his term of supervised release on July 18, 2019. Mr. Quintero submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing Mr. Quintero's Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: January 20, 2022              */s/ Jerome Price*
                                     JEROME PRICE
                                     Chief Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **January 21, 2022**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE